Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−27270−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilio F Marin
   41 Fairview Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−9564

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             11/6/19
Time:             08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 10, 2019
JAN: smz

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                    Case No. 19-27270-RG
Edilio F Marin                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 1               Date Rcvd: Sep 10, 2019
                               Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db             +Edilio F Marin,    41 Fairview Avenue,    Teaneck, NJ 07666-5912
518450751       Akron Billing Center,    3585 Ridge Park Dr.,    Akron, OH 44333-8203
518450749      +First Commerce Bank,    105 River Avenue,    Lakewood, NJ 08701-4267
518450756      +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
518450759      +NPAS,   PO Box 99400,    Louisville, KY 40269-0400
518450747      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division Of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518450757      +loanDepot,   Attn: Bankruptcy,    Po Box 250009,    Plano, TX 75025-0009
518450750      +mr. cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518450748      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2019 23:30:58
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518450752      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 23:27:21     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518450753      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 10 2019 23:30:25
                 Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518450754      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 10 2019 23:27:25     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518450755       E-mail/Text: mrdiscen@discover.com Sep 10 2019 23:29:35     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518450746      +E-mail/Text: cio.bncmail@irs.gov Sep 10 2019 23:29:52     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
518450758      +E-mail/Text: Bankruptcies@nragroup.com Sep 10 2019 23:31:20     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
518451597      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:26:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518450760      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:47     Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
          Harvey I. Marcus    on behalf of Debtor Edilio F Marin him@lawmarcus.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```