Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  19−27270−RG
                  Chapter:  13
                  Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilio F Marin
   41 Fairview Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−9564

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     7/15/20
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$2,004.55

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 10, 2020
JAN:

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-27270-RG
Edilio F Marin                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 10, 2020
                                  Form ID: 137             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
```
db             +Edilio F Marin,    41 Fairview Avenue,     Teaneck, NJ 07666-5912
518450751       Akron Billing Center,    3585 Ridge Park Dr.,     Akron, OH 44333-8203
518570075       Bank of America, N.A.,    PO BOX 31785,     Tampa, FL 33631-3785
518450749      +First Commerce Bank,    105 River Avenue,     Lakewood, NJ 08701-4267
518576756      +First Commerce Bank,    c/o Maggs & McDermott, LLC,     3349 Highway 138, Bldg. C., Ste.D,
                 Wall, NJ 07719-9671
518450756      +Hackensack University Medical Center,    PO Box 48027,     Newark, NJ 07101-4827
518640755     ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,    GROSS POLOWY, LLC,     2500 PLAZA FIVE STE 2548,
                 JERSEY CITY NJ 07311-4026
                (address filed with court: Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Gross Polowy, LLC,
                 2500 Plaza 5, Suite 2548,    Jersey City, NJ 07311)
518450759      +NPAS,   PO Box 99400,    Louisville, KY 40269-0400
518549012      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
518450747     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division Of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518450757      +loanDepot,   Attn: Bankruptcy,    Po Box 250009,    Plano, TX 75025-0009
518450750      +mr. cooper,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 10 2020 23:58:29      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 10 2020 23:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518450748      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 10 2020 23:58:45
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518573853      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 10 2020 23:58:45
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518450752      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 00:01:21      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518510856      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:00:59
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518450753      +E-mail/Text: bankruptcy@certifiedcollection.com Jun 10 2020 23:58:17
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518450754      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 00:00:18      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518450755       E-mail/Text: mrdiscen@discover.com Jun 10 2020 23:57:46      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518450746      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 10 2020 23:57:56      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518504252       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:23      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518450758      +E-mail/Text: Bankruptcies@nragroup.com Jun 10 2020 23:59:01      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
518451597      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:00:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518563518      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:01:10      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518450760      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2020 00:01:10      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518550593      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 00:11:56      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518476206      +E-mail/Text: bknotification@loandepot.com Jun 10 2020 23:58:54      loanDepot,
                 c/o Ian Magladry,    26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First Commerce Bank,    105 River Avenue,    Lakewood, NJ 08701-4267
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518506132*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                                TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2            User: admin                Page 2 of 2         Date Rcvd: Jun 10, 2020
                                Form ID: 137               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
```
          David G. Beslow    on behalf of Debtor Edilio F Marin yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mramos-persaud@grosspolowy.com,   ecfnotices@grosspolowy.com
          Maria D. Ramos-Persaud    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
           mramos-persaud@grosspolowy.com,   ecfnotices@grosspolowy.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Mark   Goldman    on behalf of Debtor Edilio F Marin yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
          Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com
          Stephanie   DeLuca    on behalf of Creditor    First Commerce Bank sdeluca@maggslawnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```