DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lynn Nolan, Esq. - 039952011
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716)204-1700
E-mail: lnolan@grosspolowy.com
Attorneys for Secured Creditor Nationstar
Mortgage LLC d/b/a Mr. Cooper

**Order Filed on June 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDILIO F. MARIN

        Debtor(s).

Case No.: 19-27270-rg

Hearing Date: March 4, 2020

Judge: Rosemary Gambardella

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) four is hereby **ORDERED**.

**DATED: June 15, 2020**

    **DATED:**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Secured Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Lynn T. Nolan, Esq. |
| Debtor's Counsel: | David G. Beslow, Esq. |
| Property Involved ("Collateral"): | 141 Northfield Road, Rochester, NY 14617 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for __3__ months, from __3/1/2020__ to __5/1/2020__

    ☒ The Debtor is overdue for 3 payments at $ _$1,099.09_ per month

    ☐ The Debtor is assessed for __ late charges at $_____ per month.

    [x] Applicant acknowledges suspense funds in the amount of $155.59_____.

    Total Post-Petition Arrearages Due $3,141.68.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Beginning on **6/1/2020**, regular monthly mortgage payments shall continue to be made in the amount of **$1,099.09**.

    ☒ Beginning on **6/1/2020**, additional monthly cure payments shall be made in the amount of **$785.42** for four (4) months (6/1/2020 to 9/1/2020),

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

Nationstar Mortgage, LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75067

☒ Regular Monthly payment:

Nationstar Mortgage, LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 7506

☒ Monthly cure payment:

Nationstar Mortgage, LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 7506

4. In the event of Default:

☒ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney, and the Court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtor(s) converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtors' attorney, and the Court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtors' attorney, and the Court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $525.00, and costs of $181.00.

The fees and costs are payable:

☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.