| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on July 22, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br><br>*Attorneys for Debtor(s), Edilio F. Marin* | |
| In Re:<br><br>**EDILIO F. MARIN,**<br><br>　　　　　　Debtor | Case No.: 19-27270<br><br>Chapter:    13<br><br>Judge:    RG<br><br>Hg. Date: 7/15/20 |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:        2
Debtor(s):   Edilio F. Marin
Case No.:    19-27270/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $2,780.00 for services rendered and expenses in the amount of $ 24.55 for a total of $2,804.55 of which $800.00 has already been received by said attorney and of which the balance of $2,004.55 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

   XX through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.